FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2016 DEC 14  PM 12: 02

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | CASE NO. 8:15CR343 |
|---|---|---|
| Plaintiff, | ) | ORDER FOR ISSUANCE OF SUBPOENAS *IN FORMA PAUPERIS* |
| v. | ) | |
| JERELL HAYNIE, | ) | |
| Defendant. | ) | |

THIS MATTER came before the Court on the Motion of the Defendant for an order allowing the issuance of Subpoenas *In Forma Pauperis,* (Filing # 336) pursuant to Fed. R. Crim. P. 17.

The Court, being fully advised in the premises, finds that the Motion should be granted.

IT IS THEREFORE ORDERED

1. That the Clerk of the District Court is ordered to issue the subpoena as identified in Defendant's Motion and supporting Affidavit and as directed by the Defendant, and that the Defendant is relieved of any obligation to pay for same.

2. That said costs, if any, be paid by the United States.

3. That said subpoenas be served by the U.S. Marshal's office.

BY THE COURT:

Date: 12/14/16

The Honorable F.A. Gossett III
United States Magistrate Judge