IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiffs, | 8:15CR343 |
| vs. | |
| JERELL HAYNIE, | ORDER |
| Defendant. | |

Before the court is the Findings and Recommendation and Order ("F&R") of United States Magistrate Judge F.A. Gossett, III, Filing No. 360. No objection has been filed to the F&R. Pursuant to NECrimR 59.2 and 28 U.S.C. § 636(b)(1), the court has conducted a de novo review of the record and adopts the F&R in its entirety.

THEREFORE, IT IS HEREBY ORDERED that:

1. The F&R, Filing No. 360, is adopted in its entirety; and

2. The defendant's motion to dismiss, Filing No. 239, is denied.

Dated this 27th day of March, 2017.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge