IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JERELL HAYNIE,<br><br>    Defendant. | 8:15CR343<br><br>ORDER |

Before the court is the Findings and Recommendation and Order ("F&R") of United States Magistrate Judge F.A. Gossett, III, Filing No. 365. No objection has been filed to the F&R. Pursuant to NECrimR 59.2 and 28 U.S.C. § 636(b)(1), the court has conducted a de novo review of the record and adopts the F&R in its entirety.

  THEREFORE, IT IS HEREBY ORDERED that:

  1. The F&R, Filing No. 365, is adopted in its entirety; and

  2. The defendant's motion to suppress evidence obtain from Email/Mail, Filing No. 242, is denied.

  Dated this 27th day of March, 2017.

                    BY THE COURT:

                    s/ Joseph F. Bataillon
                    Senior United States District Judge