# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | 8:15CR343 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| JERELL HAYNIE, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the motion of Alan Stoler to withdraw as counsel for Defendant Jerell Haynie. ([Filing No. 499](#).) The Court held a hearing on the motion on June 28, 2017. Jerell Hyanie appeared with his counsel, Alan Stoler. The United States was represented by Assistant U.S. Attorney Matthew Molsen. The Court determined the motion should be granted. Mr. Stoler has the Court's permission to withdraw and substitute counsel will be appointed for **trial purposes only**. Mr. Stoler remains as Jerell Haynie's appellate counsel.

Donald L. Schense, 1304 Galvin Road South, Bellevue, NE 68005, (402) 291-8778, is appointed to represent Jerell Haynie for the balance of the trial proceedings pursuant to the Criminal Justice Act. Mr. Schense shall file his appearance in this matter forthwith. The clerk of court shall provide a copy of this order to Mr. Schense, Mr. Stoler and Mr. Haynie.

Mr. Stoler shall forthwith provide Mr. Schense with the discovery materials the government provided to Defendant Jerell Haynie and such other materials obtained by Mr. Stoler which are material to Jerell Haynie's defense.

A Pretrial Conference remains scheduled for July 21, 2017 at 9:00 a.m. before Senior United States District Court Judge Joseph F. Bataillon. Trial of this matter remains scheduled for August 14, 2017, at 8:30 a.m. before Judge Bataillon and a jury, unless otherwise continued by the Court.

**IT IS SO ORDERED.**

DATED this 7th day of July, 2017.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge