IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

JERELL HAYNIE,

        Defendant.

8:15CR343-JFB-MDN

ORDER

The Defendant's oral motion for a preliminary witness and exhibit lists, Filing No. 545, is granted. The following deadlines shall apply:

    By November 17, 2017, the government will provide to the defense a preliminary list of witnesses who will testify at trial, excluding any lay witnesses:

    By December 8, 2017, the government shall produce to the defense a list of exhibits the government intends to offer at trial, excluding any items which would identify a lay witness; and

    By January 29, 2018, the government will provide to the Court and the defense their finalized witness and exhibit lists, including any lay witnesses.

The preliminary witness and exhibit lists should be as near as complete as possible, but the government may supplement those lists after the deadlines.

DATED this 30th day of November, 2017.

                              BY THE COURT:

                              s/ Joseph F. Bataillon
                              Joseph F. Bataillon
                              Senior United States District Court Judge