IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | 8:15CR343 |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| JERELL HAYNIE, | |
| Defendant. | |

This matter is before the Court on the Government's motion to continue sentencing, Filing No. 681. The Defendant objects to the motion, Filing No. 686. After review of the record, the motion to continue will be granted.

IT IS ORDERED THAT:

1. The Government's motion to continue sentencing, Filing No. 681, is granted.

2. The Defendant's objection to the motion, Filing No. 686, is overruled.

3. Defendant shall have until June 11, 2018 to file motions for departure, or any motions, and supporting briefs.

4. The Government shall thereafter have until June 25, 2018 to respond.

5. Sentencing is continued to July 2, 2018 at 9:00 a.m. in Courtroom 3, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, NE before Senior Judge Joseph F. Bataillon.

Dated this 30th day of May, 2018.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge