IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.  8:15CR343 |
| | ) | |
| Plaintiff, | ) | **ORDER TO DESTROY** |
| | ) | |
| vs. | ) | |
| | ) | |
| JERELL HAYNIE, | ) | |
| | ) | |
| Defendant. | ) | |

Counsel for the defendant notified the court on 10/12/2023 that counsel wishes the following exhibits held by the court in this matter to be destroyed.

Defendant's Exhibits from motion hearing held 12/7/2016 and 12/20/2016 and trial held 2/12-22/2018

Pursuant NECivR 79.1(f) or NECrimR 55.1(g), if counsel fails to show cause why the exhibits should not be destroyed, the clerk's office is directed to destroy the above-listed exhibits 14 days from the date of this order.

IT IS SO ORDERED.

DATED:   October 13, 2023

BY THE COURT

s/ Joseph F. Bataillon
Senior United States District Judge

Exhibits-Order_to_Destroy.docx
Approved 12/17/15